IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD WAYNE RICKETTS,

    Petitioner,               No. CIV S-11-3160 DAD P

    vs.

MIKE BABCOCK, Warden,

    Respondent.          ORDER

_____/

        This petition for writ of habeas corpus was dismissed on March 8, 2012. Documents filed by petitioner since the closing date, including his recently filed request for leave to amend (See Doc. Nos. 7 and 8), will be disregarded and no further orders will issue in response to future filings.

DATED: April 10, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rick3160.158